**Onal Gallant Bayram & Amin**
Enes Hajdarpasic, Esq.
(NJ Bar No. 028542011)
619 River Dr., Suite 340
Elmwood Park, NJ 07407
P: (201) 508-0808
enes@ogplawfirm.com
*Attorney for Petitioner*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| M.M., | : |
| | : |
| *Petitioner*, | : Docket No. 2:25-cv-18547 |
| | : |
| v. | : |
| | : |
| ERIC ROKOSKY, Warden of Elizabeth Detention Center; TODD LYONS, Acting Director of Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, Attorney General of the United States. | : **ORDER** |
| | : |
| *Respondents*. | : |

**THIS MATTER** being opened to the Court upon application of Enes Hajdarpasic, Esq. of Onal Gallant Bayram & Amin, seeking a temporary restraining order and preliminary injunction pursuant to Federal Rule of Civil Procedure 65, and for good cause shown:

**IT IS** on this  12th  day of December , 2025 hereby

**ORDERED** that Respondents are enjoined from transferring Petitioner out of Elizabeth Detention Center ("ECF") during the pendency of this matter; and

**IT IS FURTHER ORDERED THAT** Respondents shall produce all of Petitioner's

1

medical records from Elizabeth Detention Center ("EDC"), from the time of his entry to EDC to the present date, to Petitioner's counsel within two days; and

**IT IS FURTHER ORDERED THAT** Respondents shall file a response to Petitioner's Petition for Writ of Habeas Corpus by December 16th , 2025; and

**IT IS FURTHER ORDERED THAT** Petitioner shall file a reply to Respondents' response by December 18, 2025.

                                               _____
                                               Hon. Madeline Cox Arleo
                                               U.S. District Judge