

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

*Alex Silagi*
*Assistant United States Attorney*
*Deputy Chief, Civil Division*

*970 Broad Street, Suite 700*      *main: (973) 645-2700*
*Newark, New Jersey 07102*        *direct:(973) 297-2038*
*alex.silagi@usdoj.gov*           *fax:   (973) 297-2010*

December 23, 2025

**BY ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

> **Re:   *M.M. v. ROKOSKY*, Civ No. 25-18547**
> **Status Update Regarding Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE") pursuant to 8 U.S.C. § 1225(b)(2). Please be advised that pursuant to the Court's December 19, 2025, Order, ECF No. 11, on December 20, 2025, Petitioner was released on his own recognizance.

We thank the Court for its attention to this matter.

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff &
Associate Deputy Attorney General
Special Attorney

By:   *s/Alex Silagi*
ALEX D. SILAGI
Assistant United States Attorney
Deputy Chief, Civil Division
*Attorneys for Respondents*

cc:  Counsel of record (ECF)

Case shall be closed.

SO ORDERED

   *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  8/13/26

2